# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

CR 10 0302

FILED 2010 APR 15 P 4:40
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JSW

UNITED STATES OF AMERICA,

V.

GREGORY LEE GIUSTI,

DEFENDANT(S).

## INDICTMENT

Title 47 U.S.C. § 223(a)(1)(C) - Harassing and threatening Telephone Calls in Interstate or Foreign Commerce

---

A true bill.

_/s/ Linda Benjamin_
Foreman

Filed in open court this _15_ day of _April, 2010_

_ADA YIU_ Clerk

Bail, $ _No process_

BERNARD ZIMMERMAN

AO 257 (Rev 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

Title 47 U.S.C. Section 223(a)(1)(C) - Harassing and Threatening Telephone Calls in Interstate or Foreign Commerce (Class E Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:  Maximum Prison Term of 2 Years;
Maximum Fine of $250,000;
Maximum Term of Supervised Release of 1 year;
Mandatory Special Assessment of $100.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**
▶ GREGORY LEE GIUSTI

DISTRICT COURT NUMBER
CR 10 0302 JSW

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Cynthia Frey

**DEFENDANT**
IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction   ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☒ No   If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT       Bail Amount: NONE

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9               NORTHERN DISTRICT OF CALIFORNIA
10              SAN FRANCISCO DIVISION
11
12 UNITED STATES OF AMERICA,        )  Criminal No.:
                                    )
13     Plaintiff,                   )
                                    )
14     v.                           )  VIOLATION: Title 47, United States Code,
                                    )  Section 223(a)(1)(C) – Harassing and
15 GREGORY LEE GIUSTI,              )  Threatening Telephone Calls in Interstate or
                                    )  Foreign Commerce
16                                  )
       Defendant.                   )
17 _____ )  SAN FRANCISCO VENUE
18
19
20                    I N D I C T M E N T
21 The Grand Jury charges:
22     Beginning on or about February 6, 2010, and continuing to on or about March 25, 2010,
23 both dates being approximate and inclusive, within the Northern District of California, the
24 defendant,
25                    GREGORY LEE GIUSTI,
26 in interstate communications, made telephone calls utilizing a telecommunications device
27 without disclosing his identity and with intent to annoy, abuse, threaten, and harass a person at
28 the called number and who received the communications.

INDICTMENT

All in violation of Title 47, United States Code, Section 223(a)(1)(C).

DATED: April 15, 2010

A TRUE BILL.

*/s/ Landa Benjamin*
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

*/s/*
GREGG W. LOWDER
Chief, Major Crimes Section

(Approved as to form: */s/* )
AUSA CYNTHIA M. FREY

INDICTMENT                        2