BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant GIUSTI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) | No. CR 10-302 JSW |
| vs. | ) ) ) | **STIPULATION AND [PROPOSED ORDER] TO SET BAIL HEARING** |
| GREGORY GIUSTI, | ) ) | Date:   June 9, 2010 |
| Defendant. | ) ) | Time:   1:30 p.m. Court:  The Honorable Bernard Zimmerman |
| | ) ) | |

    Defendant Gregory Giusti hereby moves the Court to schedule an additional bail hearing in the above captioned case on June 9, 2010 at 1:30 p.m.  The reason for the hearing request is changed circumstances, which the parties will address at the detention hearing.

    AUSA Cynthia Frei has been contacted by defense counsel, and has no objection to setting a bail review hearing on June 9, 2010.

    WHEREFORE, defendant respectfully requests this Court to set a bail review hearing on June 9, 2010 at 1:30 p.m., for the purpose of seeking release.  Defense counsel has notified the duty Pretrial Services officer that said hearing will take place, and Pretrial Services will provide the Court with the report from the earlier detention hearing prior to the June 9, 2010 hearing.  Pretrial Services

\\
\\
\\

1 also plans to attend the June 9, 2010 hearing.

2

3     IT IS SO STIPULATED.

4 DATED:    June 7, 2010              _____/s/_____
                                      ELIZABETH M. FALK
5                                     Assistant Federal Public Defender

6

7 DATED:    June 7, 2010              _____/s/_____
                                      CYNTHIA FREY
8                                     Assistant United States Attorney

9

10

11

12

13                              [PROPOSED] ORDER

14     Based upon the aforementioned representations, it is hereby ORDERED that a further bail

15 hearing in this matter be set on June 9, 2010 at 1:30 p.m.

16

17 DATED: __June 7, 2010_____    _____
                                      THE HONORABLE BERNARD ZIMMERMAN
18                                    UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

STIP & ORDER for Further
Bail Hearing - 10-302 JSW                - 2 -