**United States District Court**
For the Northern District of California

1
2
3
4
5
6        IN THE UNITED STATES DISTRICT COURT
7
8        FOR THE NORTHERN DISTRICT OF CALIFORNIA
9    UNITED STATES OF AMERICA,
10            Plaintiff,                    No.  CR 10-00302-1 JSW
11      v.                                  **ORDER GRANTING IN PART
                                            AND DENYING IN PART
                                            MOTION TO FILE UNDER SEAL**,
12    GREGORY GUISTI,                       **TO REDACT PORTIONS OF
                                            MOTION TO DEFENDANT'S
13            Defendant.                    DISMISS, AND FOR A
                                            PROTECTIVE ORDER**
14
15
16   _____/
17          This matter comes before the Court upon consideration of the Government's Motion to

18   File Under Seal Exhibits A and B to the Lucas Declaration in Support of Defendant's Motion to

19   Dismiss, to Redact Portions of Defendant's Motion to Dismiss, and for a Protective Order.  The

20   Defendant has opposed the Government's motion in large part, but agrees that the street name

21   and number of the victim's address should be redacted from the record.

22          Having considered the parties' papers, relevant legal authority, and the record in this

23   case, the Court HEREBY GRANTS IN PART AND DENIES IN PART the Government's

24   motion.  The Court will require all references to the street name, number *and city* of the victim's

25   address to be redacted.  Accordingly, Defendant shall be required to re-file his motion and

26   Exhibits A and B to the Lucas Declaration with redactions in conformity with this Order.

27   Document 30 shall be locked, Document 28 shall remain locked, and Document 31, Exhibit B

28   to the Lucas Declaration, which has been manually filed shall be filed under seal.

1    Redacted versions of these documents shall be refiled with Clerk within ten (10) days of

2    the date of this Order.

3    In all other respects, the Government's motion is DENIED.

4    **IT IS SO ORDERED.**

5
Dated: July 21, 2010
6                                                    _____
                                                     JEFFREY S. WHITE
7                                                    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California