# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

CR 10-302 JSW

GREGORY LEE GIUSTI,

DEFENDANT(S).

---

## SUPERSEDING INDICTMENT

Title 47 U.S.C. § 223(a)(1)(C) - Harassing and threatening Telephone Calls in Interstate or Foreign Commerce;
Title 18 U.S.C. § 2261A(2) - Cyberstalking

---

A true bill.

_____ Foreman

Filed in open court this 12TH day of August 2010

_____ Clerk

Bail, $ No bail

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☐ INDICTMENT  ☒ SUPERSEDING

**OFFENSE CHARGED**

Title 47 U.S.C. Section 223(a(1)(C) - Harassing and Threatening Telephone Calls in Interstate or Foreign Commerce (Class E Felony); 18 U.S.C. Section 2261A(2) - Cyberstalking (Class D Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ GREGORY LEE GIUSTI

DISTRICT COURT NUMBER

CR10-302 JSW

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Cynthia Frey

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction  } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☒ No  } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: NONE

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT

## GREGORY LEE GIUSTI

**Count 1:** 47 U.S.C. § 223(A)(1)(C) -Harassing and Threatening Telephone Calls in Interstate and Foreign Commerce

Maximum Prison Term of 2 Years;
Maximum Fine of $250,000;
Maximum Term of Supervised Release of 1 year;
Mandatory $100 special assessment.

**Count 2:** 18 U.S.C. § 2261A(2) - Cyberstalking

Maximum Prison Term of 5 Years;
Maximum Fine of $250,000;
Maximum Term of Supervised Release of 3 years;
Mandatory Special Assessment of $100.

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>GREGORY LEE GIUSTI,<br><br>  Defendant. | Criminal No.: CR 10-0302 JSW<br><br>VIOLATION: Title 47, United States Code, Section 223(a)(1)(C) – Harassing and Threatening Telephone Calls in Interstate or Foreign Commerce; Title 18 United States Code, Section 2261A(2) – Cyberstalking<br><br>SAN FRANCISCO VENUE |

### S U P E R S E D I N G   I N D I C T M E N T

The Grand Jury charges:

COUNT ONE:  47 U.S.C. § 223(a)(1)(C) – Harassing and Threatening Telephone Calls in Interstate or Foreign Commerce

Beginning on or about February 6, 2010, and continuing to on or about March 25, 2010, both dates being approximate and inclusive, within the Northern District of California, the defendant,

GREGORY LEE GIUSTI,

in interstate communications, made telephone calls utilizing a telecommunications device without disclosing his identity and with intent to annoy, abuse, threaten, and harass a person at

INDICTMENT

1 the called number and who received the communications.

2 All in violation of Title 47, United States Code, Section 223(a)(1)(C).

3 COUNT TWO: 18 U.S.C. § 2261A(2) – Cyberstalking

4 Beginning on or about February 6, 2010, and continuing to on or about March 25, 2010, both dates being approximate and inclusive, within the Northern District of California, the defendant,

GREGORY LEE GIUSTI,

unlawfully, knowingly, and with intent to kill, injure, harass, and intimidate, and cause substantial emotional distress to a person in another State of the United States, and with the intent to place a person in another State of the United States in reasonable fear of the death of, and serious bodily injury to, that person, a member of the immediate family of that person, and a spouse of that person, did use an interactive computer service and a facility of interstate commerce to engage in a course of conduct that caused substantial emotional distress to that person and placed that person in reasonable fear of the death of, and serious bodily injury to, that person, a member of that person's immediate family, and a spouse of that person.

All in violation of Title 18 United States Code, Section 2261A(2).

DATED: 8/12/2010        A TRUE BILL.

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
GREGG W. LOWDER
Chief, Major Crimes Section

(Approved as to form: _____
AUSA CYNTHIA M. FREY

INDICTMENT                    2