| | |
|---|---|
| 1 | BARRY J. PORTMAN |
|   | Federal Public Defender |
| 2 | ELIZABETH M. FALK |
|   | Assistant Federal Public Defender |
| 3 | 450 Golden Gate Avenue |
|   | San Francisco, CA 94102 |
| 4 | Telephone: (415) 436-7700 |
| 5 | Counsel for Defendant GIUSTI |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 10-302 JSW |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED** |
| vs. | ) | **ORDER] TO CHANGE TIME OF** |
| | ) | **CHANGE OF PLEA HEARING** |
| GREGORY GIUSTI, | ) | |
| | ) | Date:    September 16, 2010 |
| Defendant. | ) | Time:    2:30 p.m. |
| | ) | Court:   The Honorable Jeffrey S. White |
| | ) | |

Defendant Gregory Giusti hereby moves the Court to re-schedule his change of plea hearing from 2:30 p.m. on September 16, 2010, to 10:30 a.m., or at the discretion of the Court.

The following is the good cause for the request:

1. Defense counsel, Mr. Giusti, and the government have reached a final plea agreement in this matter, which will be delivered to this Court in hard copy format shortly. contemporaneously with this request. Defense counsel is scheduled to meet with Mr. Giusti tomorrow for several hours to go over the final plea agreement with him at Santa Rita. Counsel has already met with Mr. Giusti for several hours today at Santa Rita to review the terms of the agreement, but will return tomorrow to make absolute certain that Mr. Giusti has no further questions of counsel regarding the agreement;

2. As this Court is aware, Mr. Giusti suffers from a significant mental health condition. This condition does not render Mr. Giusti incompetent to stand trial, but does present

|    |    |    |
|----|----|----|
| 1  |    | unusual circumstances surrounding entry of a plea.  Defense counsel believes that the |
| 2  |    | change of plea in this case could be a lengthy proceeding as a result of this condition. |
| 3  |    | Defense counsel anticipates explaining to the Court her understanding of Mr. Giusti's |
| 4  |    | mental health condition in support of her belief that he is competent to enter the plea. |
| 5  |    | Moreover, defense counsel anticipates that this Court will need to voir dire Mr. Giusti |
| 6  |    | to ascertain his mental competency to enter the plea as well.  As this Court is aware |
| 7  |    | from prior Court proceedings, Mr. Giusti does not quickly follow or track the |
| 8  |    | statements of others, and often needs things repeated two or three times before he |
| 9  |    | understands the question and can provide a correct answer.  Given the length of the |
| 10 |    | Court's calendar on September 16, 2010 at 2:30 p.m., which includes 5 or 6 status |
| 11 |    | conferences, 4 sentencings, and two potential changes of plea, defense counsel is |
| 12 |    | concerned that the plea will not be concluded by 5:30 p.m., as the Court's usual practice |
| 13 |    | is to conduct change-of-plea colloquys last on its calendar.  Defense counsel is |
| 14 |    | concerned about this schedule because she needs to leave the federal building by 5:30 |
| 15 |    | p.m. for child care purposes; |
| 16 | 3. | In addition, defense counsel is currently double booked at 2:30 p.m.  Specifically, she |
| 17 |    | will be appearing at a settlement conference before Magistrate Judge Spero at 2:00 p.m |
| 18 |    | with a client who lives in Seattle and is being flown in by the Marshal to participate in |
| 19 |    | the settlement conference.  *See United States v. Alexander*, 09-719 MHP.  On that case, |
| 20 |    | undersigned defense counsel has arranged for co-counsel from her office to also be |
| 21 |    | present at the settlement conference, as a back-up in the event this Court cannot |
| 22 |    | accommodate a change in schedule.  However, defense counsel is the first-chair trial |
| 23 |    | counsel on the *Alexander* matter, and believes it is important to be present to counsel |
| 24 |    | her client regarding any settlement offers that arise as a result of discussions with |
| 25 |    | Magistrate Judge Spero because she has the most knowledge about the facts of that |
| 26 |    | case.  Undersigned counsel hopes that this settlement conference will be concluded by |

4:00 p.m., at which time she could attend Mr. Giusti's change-of-plea if it was placed at the end of the Court's normal calender, but she cannot be sure;

4. If this Court is amenable to changing the time of the plea hearing, the parties jointly request 10:30 a.m. because Mr. Giusti needs to appear before Magistrate Judge Zimmerman at 9:30 a.m. for arraignment on the superceding information that contains the charge he is pleading guilty to;

AUSA Gregg Lowder, who will appear due to AUSA Cynthia Frey's two-week leave, has been contacted by defense counsel, and has no objection to changing the time of the change-of-plea hearing to 10:30 a.m.

WHEREFORE, defendant Gregory Giusti respectfully requests this Court to change the schedule for Mr. Giusti's change of plea to 10:30 a.m. on September 16, 2010. Mr. Giusti is appreciative of any accommodations this Court is willing to make on his counsel's behalf.

IT IS SO STIPULATED.

DATED: September 14, 2010           /S/
                                    ELIZABETH M. FALK
                                    Assistant Federal Public Defender

DATED: September 14, 2010           /S/
                                    GREGG LOWDER
                                    Assistant United States Attorney

### [PROPOSED] ORDER

Based upon the aforementioned representations, it is hereby ORDERED that the change-of-plea hearing in the aforementioned matter be changed to September 16, 2010 at 10:30 a.m. and that this matter be removed from the 2:30 p.m. calendar on September 16, 2010.

DATED: September 15, 2010           _____
                                    THE HONORABLE JEFFREY S. WHITE
                                    UNITED STATES DISTRICT JUDGE

[PROP] STIP & ORDER - 10-302 JSW           - 3 -