BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant GIUSTI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-302 JSW |
| Plaintiff, | DEFENDANT'S SENTENCING MEMORANDUM |
| v. | |
| GREGORY GIUSTI, | Date: December 2, 2010<br>Time: 2:30 p.m.<br>Court: The Honorable Jeffrey S. White |
| Defendant. | |

For all the reasons stated in the Government's Sentencing Memorandum, as well as the Presentence Report, Mr. Giusti respectfully requests this Court to approve the proposed plea agreement and agreed-upon disposition in this matter, and sentence Mr. Giusti to 21 months of imprisonment and a 3 year term of supervised release. In particular, Mr. Giusti asks the Court to consider the fact that the victim in this matter has approved the proposed disposition; that the proposed disposition was reached in lieu of substantial motion practice and a complicated trial of the issues involved in this matter, and Mr. Giusti's sincere remorse for his actions in this case.

WHEREFORE, defendant Gregory Giusti respectfully requests this Court to accept the Plea Agreement in this matter as well as the jointly proposed disposition of 21 months imprisonment and 3 years of supervised release.

Dated: November 27, 2010

                                Respectfully submitted,

                                BARRY J. PORTMAN
                                Federal Public Defender

                                    /S/

                                ELIZABETH M. FALK
                                Assistant Federal Public Defender